UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR08-82RSL |
| Plaintiff, ) | ORDER GRANTING DEFENDANTS' |
| v. ) | MOTIONS TO EXTEND PRETRIAL |
| SHAWN VANELL PIPER, *et al.*, ) | MOTION DEADLINE |
| Defendants. ) | |

This matter comes before the Court on defendants' motions to extend the pretrial motion deadline. See Dkt. ##115 (Daniel); #123 (Gary Kilcup); #126 (Scott); #131 (Barquet); #133 (Anderson-Ross); #134 (Taylor); #135 (House); #136 (Nicola Kilcup); #137 (Russell). In their motions, defendants Daniel, Gary Kilcup, Scott, Barquet, and Taylor move to extend the pretrial motions cutoff from April 15, 2008 to April 29, 2008. This case involves an extensive amount of discovery, and the government does not oppose an extension to April 29, 2008 for all defendants. See Dkt. #124. Defendants Anderson-Ross, House, and Nicola Kilcup request an extension of the pretrial motion deadline to May 15, 2008, which the government does not oppose. See Dkt. ## 133, 135, 136.

Having reviewed the memoranda and declarations submitted by the parties, and the remainder of the record, the Court finds an extension of the pretrial motions cutoff until

ORDER GRANTING DEFENDANTS'
MOTIONS TO EXTEND PRETRIAL
MOTION DEADLINE

**May 15, 2008 for all defendants** is reasonable and GRANTS defendants' motions (Dkt. ## 115, 123, 126, 131, 133, 134, 135, 136, 137).

DATED this 22nd day of April, 2008.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTIONS TO EXTEND PRETRIAL
MOTION DEADLINE                    -2-